FILED
APR 13 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BELINDA JOHNSON (1),<br>ROSE MARIE MAGANA (2),<br><br>Defendants. | Case No. 11CR1404-MMA<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about March 14, 2011, within the Southern District of California, defendants BELINDA JOHNSON and ROSE MARIE MAGANA, did knowingly and intentionally import 50 grams or more, to wit: approximately 27.80 kilograms (61.16 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

DATED: 4-13-11.

LAURA E. DUFFY
United States Attorney

*Stacey Sullivan*
SARAH R. BOOT
Assistant U.S. Attorney

SRB:gr:San Diego
3/28/11